FORM VAN–AD010

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 4:18–bk–00838–SHG |
| MARK WADE MCCUNE | Chapter: 7 |
| *Debtor(s)* | |

| | |
|---|---|
| MARK WADE MCCUNE | Adversary No.: 4:19–ap–00419–SHG |
| *Plaintiff(s)* | |
| v. | |
| TITLEMAX TITLE LOANS | |
| *Defendant(s)* | |

**ORDER DISMISSING OR REMANDING ADVERSARY**

☐ The plaintiff filing the complaint, or party filing a Notice of Removal, having failed to pay the filing fee as required by order of the court.

☑ The parties having failed to timely file a motion to retain jurisdiction or a request for status hearing as required by order of the court.

☐ The plaintiff having failed to show good cause why service was not timely perfected as required by order of the court.

☐ After notice and hearing, the court finds that this adversary proceeding should be dismissed for failure to prosecute.

☐ The plaintiff having failed to timely file a motion to reopen the closed case or a motion to reinstate the dismissed case.

☐ The court having dismissed this matter at a hearing and there being no formal written order.

☐ The plaintiff having filed a motion to dismiss the adversary case.

IT IS ORDERED that the above−captioned adversary proceeding is dismissed. If this adversary proceeding was commenced by the filing of a Notice of Removal, the proceeding is remanded.

NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

**Date:** January 2, 2020                                BY THE COURT

**Address of the Bankruptcy Clerk's Office:**           HONORABLE Scott H. Gan
U.S. Bankruptcy Court, Arizona                          United States Bankruptcy Judge
38 S. Scott Avenue
Tucson, AZ 85701–1704
Telephone number: (520) 202–7500
www.azb.uscourts.gov